IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PETER J. LONG,

    Plaintiff,

v.

AMY K. WONDRA, MARY JO PLEUSS
and RONALD TORSELLA,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-647-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    1) denying leave to proceed and dismissing plaintiff's claims that he was terminated from the Earned Release Program without due process and that the defendants violated HIPAA with prejudice as legally frivolous; and

    2) dismissing plaintiff's remaining claims for failure to comply with Fed. R. Civ. P. 8.

| /s/ | 9/16/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |